| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with D.N.J. LBR 9004-2(c) |
| GOLDMAN & BESLOW, LLC<br>Attorneys At Law<br>7 Glenwood Avenue - Suite 311B<br>East Orange, New Jersey 07017<br>(973) 677-9000<br>Attorneys for Debtor(s)<br><br>Clifford B. Frish, Esq. #CF-2541 |
| In Re:<br><br>AVIS E. WHENNER |

Case No. 16-10620

Chapter: 13

Hearing Date: September 21, 2016 at 10:30 am

Judge:  Hon. Stacey L. Meisel

**ORAL ARGUMENT WAIVED**

## NOTICE OF MOTION TO VALUE PROPERTY PURSUANT TO 11 U.S.C. §§506(a) AND (d) AND FED. R. BANKR. P. 3012, TO BIFURCATE A DEBT INTO SECURED AND UNSECURED PORTIONS AND FOR DISCHARGE OR CANCELLATION OF MORTGAGE UPON COMPLETION OF THE CHAPTER 13 PLAN

The debtor has filed papers with the Court for an Order valuing certain property securing your claim, to bifurcate your claim into secured and unsecured portions, for discharge of your mortgage upon completion of the Chapter 13 plan and for other such relief as the Court may deem appropriate.

<u>Your rights may be affected.</u>  **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have any attorney, you may wish to consult one.)**

If you do not want the Court to grant the relief requested, or if you want the Court to consider your view on the motion, then within seven (7) days prior to the scheduled hearing you or your attorney must:

File with the Court a written request for a hearing (or, if the Court requires a written response, an answer, explaining your positions) at:

United States Bankruptcy Court
P.O. Box 1352
Newark, New Jersey 07101-1352

If you mail your response to the Court for filing, you must mail it early enough so the Court will receive in, on, or before the date stated above.

You must also mail a copy to:

| | |
|---|---|
| Clifford B. Frish, Esq. | Marie-Ann Greenberg, Esq., Trustee |
| Goldman & Beslow, LLC | 30 Two Bridges Road - Suite 330 |
| 7 Glenwood Avenue | Fairfield, N.J. 07004 |
| Suite 311B | |
| East Orange, N.J. 07107 | |

**ATTEND THE HEARING SCHEDULED TO BE HELD BEFORE**

Honorable: Stacey L. Meisel
Date: September 21, 2016
Time: 10:30 a.m.
Place: United States Bankruptcy Court
King Federal Building
50 Walnut Street - Third Floor
Newark, New Jersey

Pursuant to D.N.J. LBR 9013-1(d) et seq., if you wish to contest the within motion, you must file with the Office of the Clerk of the United States Bankruptcy Court, responding papers stating with particularity the basis of your opposition to the within motion. A copy of the proposed Order which is sought is enclosed with this Motion.

If you or your attorney do not take steps, the Court may decide that you do not oppose the relief sought in the motion or objection and may enter an Order granting that relief.

Statement of Non-Necessity of Brief: The movant certifies pursuant to D.N.J. LBR 9013-2 that the within motion involves commonly questions or law and fact and does not involve complex or novel issues such as to require the submission of a legal brief.

DATED: 8/24/2016

CLIFFORD B. FRISH, ESQ.
Goldman & Beslow, LLC
Attorneys for Debtor(s)